C. ANTHONY HUGHES, SBN 250998
1395 Garden Highway, Suite 150
Sacramento, CA 95833
Ph: 916.440.6666
Fax: 916.720.0255
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

In re:

**MATTHEW MICHAEL DAVIS**

AND

**ELIZABETH KAY DAVIS**

                        Debtors

) Case No.: 2012-40877
) Chapter 11
) DCN: CAH-004
)
)
) **ORDER ON STIPULATION AND CONSENT**
) **TO DEBTOR'S PLAN OF REORGANIZATION**
) **DATED JANUARY 8, 2013**
)
) Date:   April 24, 2013
) Time:   10:00 A.M.
) Place:  Courtroom 35, Sixth Floor
)         U.S. Bankruptcy Court
)         501 "I" Street, 6th Floor
)         Sacramento, CA
)
) Judge:  Christopher M. Klein
)

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Stipulation and Consent to Debtor's Plan of Reorganization dated January 8, 2013 between Matthew Michael Davis and Elizabeth Kay Davis, (hereinafter the "Debtors"), by and through their attorney of record, C. Anthony Hughes, and Capital One, (hereinafter the "Secured Creditor"), the holder of a purchase money security interest, (i.e. auto loan), secured by the 2008 Kawasaki Teryx with 150 hours, (hereinafter the "Vehicle"), by and through its representative, Jill A. Sturgeon filed on April 9, 2013 is approved.

`The court intimates no view whether it will confirm a plan.`

Dated: April 18, 2013

_United States Bankruptcy Judge_

REC
April 09, 2013
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004739426

MATTHEW MICHAEL DAVIS and ELIZABETH KAY DAVIS
CASE NO.: 2012-40877